

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2014

No. 04-13-00275-CV

Joseph **MAYZONE**,
Appellant

v.

**MISSIONARY OBLATES OF MARY IMMACULATE OF TX**. and Father Thomas Ovalle,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-19412
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

 Appellant's motion for leave to file objections to appellees' sur-reply brief is GRANTED. Appellant's objections to appellees' sur-reply brief are DENIED.

 Entered on this 11th day of July, 2014

**PER CURIAM**

ATTESTED TO: _____
    Keith E. Hottle
    Clerk of Court

